UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CR. NO. H-17- |
| | § | |
| SHEILETTA McGREW | § | |

United States Courts
Southern District of Texas
FILED

DEC 1 4 2017

David J. Bradley, Clerk of Court

**17 CR 7 4 5**

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1-9
### (THEFT OF GOVERNMENT MONEY – 18 U.S.C. §641)

**A. THE SCHEME AND ARTIFICE**

1. From on or about January 1, 2010 until on or about April 6, 2017, in the Houston Division of Southern District of Texas and elsewhere,

**SHEILETTA McGREW,**

defendant herein, aided and abetted by others known and unknown to the grand jury, did knowingly and willfully steal and convert to her own use money and any thing of value of the United States and any department or agency thereof, of a value exceeding $1,000, in violation of Title 18, United States Code, Section 641, as more fully set forth in the counts below.

**B. MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

2. The defendant owned a tax preparation business called BABY STEPS 4 ME. She operated this business from her residence in Houston, Texas.

3. The defendant unlawfully acquired the personal identifying information (PII) of numerous individuals. PII includes name, date of birth, social security number and other sensitive personal information.

1

4. The Defendant used the unlawfully acquired PII to file false and fraudulent income tax returns with the Internal Revenue Service (IRS). She transmitted the returns electronically from her residence. The Defendant submitted the fraudulent returns without the consent of the taxpayers listed on the returns.

5. The Defendant requested a refund from the IRS in each of the fraudulently filed returns. She requested that the refunds be sent to her by having them directly deposited into bank accounts that she controlled, and by requesting that store value cards be mailed to addresses she controlled.

6. The Defendant filed at least eighty-two (82) fraudulent returns during this scheme and received fraudulent refunds in the amount of $257,765.

C. **EXECUTION OF THE SCHEME AND ARTIFICE**

7. On or about the following dates, the defendant executed the scheme and artifice set forth above by knowingly receiving IRS refunds into bank accounts she controlled, as described in the counts below:

| COUNT | DATE RETURN FILED | AMOUNT OF REFUND RECEIVED | VICTIM |
|---|---|---|---|
| ONE | May 28, 2012 | $2,145 | C.B. |
| TWO | January 22, 2013 | $8,394 | E.S. |
| THREE | January 22, 2013 | $1,238 | J.M. |
| FOUR | January 22, 2013 | $2,057 | C.D. |
| FIVE | January 28, 2013 | $1,152 | J.B. |
| SIX | June 17, 2013 | $2,278 | L.J. |
| SEVEN | October 15, 2014 | $1,175 | C.M. |
| EIGHT | March 2, 2015 | $8,446 | N.A. |
| NINE | January 15, 2016 | $7,571 | S.B. |

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNTS 10-18
## (AGGRAVATED IDENTITY THEFT – 18 U.S.C. §1028A)

On or about April 6, 2017, in the Houston Division of Southern District of Texas and elsewhere,

**SHEILETTA McGREW,**

defendant herein, aided and abetted by others known and unknown to the Grand Jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another, that is, the name, social security number and date of birth, of the real persons listed in the counts below, during and in relation to a violation of 18 U.S.C. §641 (Theft of Government Money), by filing a false and fraudulent tax return using the means of identification of the victim, knowing that the means of identification belonged to another actual person, as described in the counts below:

| COUNT | DATE | VICTIM |
|---|---|---|
| TEN | May 28, 2012 | C.B. |
| ELEVEN | January 22, 2013 | E.S. |
| TWELVE | January 22, 2013 | J.M. |
| THIRTEEN | January 22, 2013 | C.D. |
| FOURTEEN | January 28, 2013 | J.B. |
| FIFTEEN | June 17, 2013 | L.J. |
| SIXTEEN | October 15, 2014 | C.M. |
| SEVENTEEN | March 2, 2015 | N.A. |
| EIGHTEEN | January 15, 2016 | S.B. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

3

TRUE BILL:

Original signature on File
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney

By: JAY HILEMAN
Assistant United States Attorney

4